**No. 09-7395. Ira M. Collins, Jr., Petitioner v. United States.**

561 U.S. 1008, 130 S. Ct. 3452, 177 L. Ed. 2d 1060, 2010 U.S. LEXIS 5006.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-7405. Warren Sanders, aka Charlie Brown, aka William McKinney, Petitioner v. United States.**

561 U.S. 1008, 130 S. Ct. 3452, 177 L. Ed. 2d 1060, 2010 U.S. LEXIS 4993.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 315 Fed. Appx. 458.

**No. 09-7441. Ulysses Lloyd, Petitioner v. United States.**

561 U.S. 1008, 130 S. Ct. 3453, 177 L. Ed. 2d 1060, 2010 U.S. LEXIS 5052.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-7445. Lawrence Williams, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3453, 177 L. Ed. 2d 1060, 2010 U.S. LEXIS 5053.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 575 F.3d 1075.

**No. 09-7495. Terry Graham, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3453, 177 L. Ed. 2d 1060, 2010 U.S. LEXIS 5122.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 340 Fed. Appx. 557.

**No. 09-7604. Ronnie Joe Benson, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3454, 177 L. Ed. 2d 1060, 2010 U.S. LEXIS 4998.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 329 Fed. Appx. 37.

**No. 09-7690. Waverly Jordan, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3454, 177 L. Ed. 2d 1060, 2010 U.S. LEXIS 5154.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 91.